# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:18-cr-524-WFJ-CPT

ANDRES AARON MONTIEL
SANTOME
_____/

## ORDER

Andres Aaron Montiel Santome, USM#: 71302-018, moves, *pro se*, (Dkt. 166) for "time credits" to his sentence. The Bureau of Prisons online inmate locator shows a release date of January 10, 2026, from BOP custody (FCI Thomson in Thompson, Illinois). Because Defendant is housed in another district, the Northern District of Illinois, this Court does not have jurisdiction under 18 U.S.C. § 2241. *See* Dkt. 169; *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991). To challenge the BOP's calculation of good conduct credit, Defendant must file a petition for habeas corpus in the Northern District of Illinois. *Id.*; *United States v. Kinsey*, 428 F. App'x 965, 966 (11th Cir. 2011) (finding transfer not warranted).

Accordingly, Mr. Montiel Santome's *pro se* motion (Dkt. 166) is **DENIED WITHOUT PREJUDICE** to filing a § 2241 petition in the district of his

confinement. The Clerk is directed to send this order and a courtesy copy of Defendant's motion at docket 166 to the Defendant.

**DONE AND ORDERED** at Tampa, Florida on September 25, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE